IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) KALLIE JO PETRIE, as Personal Representative of the Estate of Blaine Jacob Petrie, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> 1) P.D. TAYLOR, SHERIFF OF OKLAHOMA COUNTY, *in his official capacity*, <br> 2) TURN KEY HEALTH CLINICS, LLC; <br> 3) VICKEY MCDONALD, <br> 4) CANDACE MUSGROVE, <br> 5) DEWEY LOCKE-LENIGER, <br> 6) JOHN DOES 1 - 10 <br> 7 NURSE DOES 1-10 <br><br> Defendants. | CASE NO. 5:20-cv-00715-J |

## Dismissal Without Prejudice

The Plaintiff, Kallie Jo Petrie, as Personal Representative of the Estate of Blaine Jacob Petrie, hereby dismisses her claims against the Defendants, without prejudice.

Respectfully Submitted,

\_\_\_/s/  Stefan\_Wenzel_____
Stefan Wenzel, OBA #15923
620 N. Robinson Ave, Suite 207
Oklahoma City, OK  73102
p. (405) 509-8878  /  f. (405) 270-8050
swenzel.law@gmail.com
            *and*
Larry K. Lenora, OBA #5372
LENORA & UPTON
116 W. 8th Street – P.O. Box 337
Chandler, OK  74834
p. (405) 258-1334
COUNSEL FOR PETRIE